BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN LAROYA, | No. 2:10-cv-2145 JAM KJM |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME. |
| v. | |
| United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that, as of November 24, 2010, CIS has administratively reopened the case pursuant to 8 C.F.R. § 103.5(a)(5)(ii). The parties therefore stipulate that the matter be held in abeyance pending a new decision from CIS, and that the time for the filing of the joint status report be extended to February 14, 2011.

//
///

DATED: December 2, 2010              Respectfully submitted,
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                      /s/ Audrey B. Hemesath
                                     Audrey B. Hemesath
                                     Assistant U.S. Attorney

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is held in abeyance and the time for filing the joint status report is extended until February 14, 2011.

IT IS SO ORDERED.

DATED: 12/6/2010                             /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE