BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN LAROYA,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. 2:10-cv-2145 JAM GGH<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME. |

   This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS).The parties have previously filed one stipulation to extend time in the matter due to the administrative reopening of the case. The parties now stipulate to a second extension of time for the conclusion of that process.  The parties therefore stipulate that the matter be held in abeyance pending a new decision from CIS, and that the time for the filing of the joint status report be extended to April 14, 2011.

//

///

DATED: February 11, 2011        Respectfully submitted,
                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         _/s/ Audrey B. Hemesath_____
                                         Audrey B. Hemesath
                                         Assistant U.S. Attorney

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is held in abeyance and the time for filing the joint status report is extended until April 14, 2011.

IT IS SO ORDERED.

DATED: 2/11/2011                                           /s/ John A. Mendez
                                                          UNITED STATES DISTRICT JUDGE