1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
8

9  HASSAN LAROYA,                          )   No. 2:10-cv-2145 JAM GGH
                                           )
10                                         )   STIPULATION AND ORDER
         Plaintiff,                        )   REMANDING THE MATTER TO USCIS
11                                         )   FOR ADJUDICATION.
       v.                                  )
12                                         )
   United States Citizenship and Immigration )
13 Services, et al.                        )
                                           )
14      Defendants.                        )

15

16      This is an immigration case in which plaintiff has challenged the denial of his application for

17 naturalization by U.S. Citizenship and Immigration Services (CIS), pursuant to 8 U.S.C. §

18 1421(c).  The parties have conducted discovery, and now agree that the matter may be best

19 resolved via the filing of a new application for naturalization to be filed with CIS. Accordingly,

20 the parties stipulate that the instant matter be held in abeyance pending a new decision by CIS.

21      The parties will file a status report by September 30, 2012, indicating the status of the new

22 application.  In the event the new decision by CIS is unfavorable to Plaintiff, the Court will retain

23 jurisdiction to review the merits of that decision pursuant to 8 U.S.C. § 1421(c).  Plaintiff would

24 have an opportunity to amend his complaint, the court's previous case management deadlines

25 would be vacated, and the parties would file a new joint scheduling report setting out new

26 discovery and case management dates.

27

28

//

                                          -1-

1    ///

2    DATED: March 14, 2012                    Respectfully submitted,
                                               BENJAMIN B. WAGNER
3                                              United States Attorney

4                                               _/s/ Audrey B. Hemesath_____
                                               Audrey B. Hemesath
5                                              Assistant U.S. Attorney

6
                                               /s/ Jaime Jasso
7                                              Jaime Jasso
                                               Attorney for the Plaintiff
8

9

10                                    ORDER

11

12         Pursuant to this Joint Stipulation and for the reasons stated therein, and good cause

13   having been shown, IT IS HEREBY ORDERED the matter is held in abeyance.  The parties are

14   to file a joint status report by September 30, 2012.

15         IT IS SO ORDERED.

16   DATED:   3/19/2012                    /s/ John A. Mendez

17                                         UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28