BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN LAROYA, <br><br> Plaintiff, <br><br> v. <br><br> United States Citizenship and Immigration Services, et al. <br><br> Defendants. | No. 2:10-cv-2145 JAM GGH <br><br> STIPULATION AND ORDER REMANDING THE MATTER TO USCIS FOR ADJUDICATION. |

This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS), pursuant to 8 U.S.C. § 1421(c). The parties have conducted discovery, and now agree that the matter may be best resolved via the filing of a new application for naturalization to be filed with CIS. Accordingly, the parties stipulate that the instant matter be held in abeyance pending a new decision by CIS.

The parties will file a status report by September 30, 2012, indicating the status of the new application. In the event the new decision by CIS is unfavorable to Plaintiff, the Court will retain jurisdiction to review the merits of that decision pursuant to 8 U.S.C. § 1421(c). Plaintiff would have an opportunity to amend his complaint, the court's previous case management deadlines would be vacated, and the parties would file a new joint scheduling report setting out new discovery and case management dates.

//

///

DATED: March 14, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

 /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney

/s/ Jaime Jasso
Jaime Jasso
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, and good cause having been shown, IT IS HEREBY ORDERED the matter is held in abeyance.  The parties are to file a joint status report by September 30, 2012.

IT IS SO ORDERED.

DATED:   3/19/2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE