BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN LAROYA, | No. 2:10-cv-2145 JAM GGH |
| Plaintiff, | JOINT STATUS REPORT. |
| v. | |
| United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS), pursuant to 8 U.S.C. § 1421(c). On March 12, 2012, this Court ordered the matter held in abeyance to allow Plaintiff to pursue the filing of a new naturalization application before CIS. Since that time, Plaintiff did file a new naturalization application. Plaintiff is scheduled for his naturalization interview on September 25, 2012. Once he is interviewed, the statutory timeline of 120 days for adjudication begins. 8 U.S.C. § 1447(b).

    Therefore, the parties request that the Court continue to hold the matter in abeyance pending a new decision by USCIS. The parties will file a status report no later than February 25, 2013.

//
///

-1-

| | | |
|---|---|---|
| 1 | DATED: September 18, 2012 | Respectfully submitted,<br>BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| 3 | | _/s/ Audrey B. Hemesath_____<br>Audrey B. Hemesath |
| 4 | | Assistant U.S. Attorney |
| 5 | | |
| 6 | | /s/ Jaime Jasso<br>Jaime Jasso |
| 7 | | Attorney for the Plaintiff |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, and good cause having been shown, IT IS HEREBY ORDERED the matter remains held in abeyance. The parties are to file a joint status report by February 25, 2013.

    IT IS SO ORDERED.

DATED:   September 20, 2012        /s/ John A. Mendez
                                                     UNITED STATES DISTRICT COURT JUDGE