BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASSAN LAROYA, <br><br>  Plaintiff, <br><br> v. <br><br> United States Citizenship and Immigration Services, et al. <br><br>  Defendants. | No. 2:10-cv-2145 JAM GGH <br><br> STIPULATION AND ORDER RE: DISMISSAL. |

This is an immigration case in which plaintiff challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS), pursuant to 8 U.S.C. § 1421(c). The parties now stipulate to dismissal of the matter in its entirety, as upon remand to CIS, Laroya was naturalized.

The parties accordingly stipulate to dismissal of the lawsuit, each side to bear its own costs of litigation.

DATED: January 8, 2013          Respectfully submitted,
                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Audrey B. Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney


                                 /s/ Jaime Jasso
                                 Jaime Jasso
                                 Attorney for the Plaintiff

-1-

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, the matter is dismissed.

IT IS SO ORDERED.

DATED: 1/9/2013                              /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE